## ALLEN UNGER *v.* BRUCE PILEGGI
## (14216)

Dupont, C. J., and Lavery and Schaller, Js.

Submitted on briefs November 6—decision released November 28, 1995

*Joseph Dimyan* and *Wendy A. Grispin* filed a brief for the appellant (defendant).

*Cheryl Ann Gordon* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.